**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **GUSTAVO BASURTO OJEDA,** | * | |
| Petitioner, | * | |
| v. | * | Civ. No. MJM-25-1862 |
| **NIKITA BAKER,** Director, Baltimore Field Office, U.S. Immigration and Customs Enforcement, | * | |
| Respondent. | * | |

**TEMPORARY RESTRAINING ORDER**

For the reasons stated on the record during the telephonic status conference, it is this  10th  day of September, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Pursuant to the Court's findings as to the *Winter* factors, *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008), U.S. Immigration and Customs Enforcement is ENJOINED and RESTRAINED from removing Petitioner Gustavo Basurto Ojeda from the continental United States or altering his legal status;

2. This Order shall remain in effect until September 24, 2025, at 12:00 p.m., or until further Order of this Court, whichever is sooner; and

3. Respondent shall notify appropriate officials of this Order promptly and provide all necessary information and documents to effectuate compliance with this Order.

/S/
Matthew J. Maddox
United States District Judge