**ACKNOWLEDGED 9/16/25**
**/S/ Matthew J. Maddox**
**United States District Judge**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GUSTAVO BASURTO OJEDA,**<br><br>**Petitioner,**<br><br>v.<br><br>**NIKITA BAKER,** Director, Baltimore Field Office, U.S. Immigration and Customs Enforcement,<br><br>**Respondent.** | Case No.: 1-25-cv-01862 (MJM) |

## JOINT STATUS REPORT

1. The parties submit this Status Report to advise the Court of recent developments. On September 12, 2025, counsel conferred by telephone regarding Petitioner Gustavo Basurto Ojeda's request for temporary release to allow him to arrange his affairs and pursue voluntary departure. During that discussion, Petitioner indicated his willingness to depart to Guatemala, Costa Rica, or Panama.

2. The Parties have reached an Agreement, but are still discussing and reviewing the terms of the Agreement.

3. The Court previously directed supplemental briefing by September 15, 2025, with the Government's reply due September 17, 2025. In light of the Parties' agreement, the Parties respectfully request that those deadlines be held in abeyance as they may be moot.

4. The Parties will update the Court no later than September 16, 2025 with details regarding the Agreement.

1

WHEREFORE, the Parties will file another Joint Status Report no later than September 16, 2025.

Dated: September 15, 2025

Respectfully submitted,

| | |
|---|---|
| /s/Beatrice C. Thomas (*filed with permission*) | */s/Christine Somerlock* |
| Beatrice C. Thomas (Bar No. 21969) | Christine Somerlock |
| Assistant United States Attorney | Maryland Bar No. 21579 |
| 36 South Charles Street, 4th Floor | Carrillo & Carrillo Law Office |
| Baltimore, Maryland 21201 | 259 W. Patrick Street |
| (410) 209-4800 | Frederick, MD 21701 |
| beatrice.thomas@usdoj.gov | Telephone: (410) 440-4219 |
| *Counsel for Respondent* | Email: christy@lawoffices.xyz |
| | *Counsel for Petitioner* |